# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bradley Joey,<br><br>　　　　Defendant. | No. CR-14-08198-001-PCT-SRB<br><br>**ORDER** |

　　　　On September 07, 2023, Magistrate Judge Camille D. Bibles issued "Report and Recommendation."  Magistrate Judge Bibles recommended that the District Court Judge dismiss the Petition to Revoke Supervised Release. No objections have been filed.  The Court adopts the Recommendation of Magistrate Judge Bibles.

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted.

　　　　**IT IS FURTHER ORDERED** that the Petition to Revoke Supervised Release is dismissed as to Bradley Joey and the Admit/Deny Hearing set for October 20, 2023 before Magistrate Judge Bibles is vacated.

　　　　**IT IS FURTHER ORDERED** that Bradley Joey's Supervised Release is reduced by 627 days, to expire on May 25, 2025.

　　　　Dated this 19th day of October, 2023.

　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　United States District Judge